ML

ENTRIES

658    In re Italian Textiles Litigation

| Date | No. | Entry |
|---|---|---|
| 85/08/20 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Howard Gans for transfer of action w/cert. of svc. Notified involved counsel. -- SUGGESTED TRANSFEREE DISTRICT: D. Connecticut -- SUGGESTED TRANSFEREE JUDGE: ?   (ds) |
| 85/08/30 | | APPEARANCES -- DAVID S. KORZENIK, ESQ. for LE. MA. TEX S.N.C., et al.; STEPHEN J. CONOVER, ESQ. for Howard Gans and ROBERT DAMAST, ESQ. for Global Wollen Corp and Scarboro Sportswear, Inc. (ds) |
| 85/09/04 | 2 | REQUEST FOR EXTENSION OF TIME -- pltfs. LE.MA. TEX S.N.C., et al. -- GRANTED TO ALL TO AND INCLUDING SEPTEMBER 19, 1985 -- Notified involved counsel. (ds) |
| 85/09/19 | 3 | REQUEST FOR EXTENSION OF TIME -- LE.MA. TEX S.N.C., et al. -- GRANTED to and including September 23, 1985 to LE.MA. TEX. S.N.C. -- Notified involved counsel. (ds) |
| 85/09/27 | 4 | RESPONSE/CROSS MOTIONS (1) FOR DISMISSAL OF THE MDL PETITION (2) FOR SANCTIONS (3) OTHER RELIEF -- Plaintiffs Le.Ma.Tex S.N.C., et al. w/cert. of svc. |
| 85/10/18 | | HEARING ORDER -- MOTION OF DEFENDANT Howard Gans to transfer of A-1 Le.Ma. Tex S.N.C., et al v. Howard Gans, et al., A-2 Le.Ma. Tex S.N.C., et al. v. Howard Gans, et al., for hearing on 11/21/85 in Portland Oregon (paa). |
| 85/11/13 | 5 | LETTER -- LE.MA. TEX S.N.C., et al., signed by David S. Korzenik, Esq. (dated 11/7/85) re: New Developments -- w/cert. of svc. (rh) |
| 85/11/20 | | WAIVERS OF ORAL ARGUMENT -- ALL PARTIES WAIVED (cds) |
| 85/11/29 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 658 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ITALIAN TEXTILES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 21, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 29, 1985 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED:  Nov. 29, 1985

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 658 -- In re Italian Textiles Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | LE.MA. TEX S.N.C., et al. v. Howard Gans, et al. | Conn. Zampano | B-85-378-RCZ | | | | |
| A-2 | LE.MA. TEX S.N.C., et al. v. Howard Gans, et al. | N.Y.S. Sweet | 85-Civ-5382 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 658 -- In re Italian Textiles Litigation

| | |
|---|---|
| LE.MA. TEX S.N.C., ET AL. (A-1 & A-2)<br>David S. Korzenik, Esquire<br>Beldock, Levine & Hoffman<br>565 Fifth Avenue, Suite 600<br>New York, New York  10017<br><br>HOWARD GANS<br>Stephen J. Conover, Esquire<br>Slavitt, Connery & Vardamis<br>618 West Avenue<br>Norwalk, Connecticut  06852<br><br>GLOBAL WOOLEN CORP.<br>SCARBORO SPORTSWEAR, INC.<br>Robert Damast, Esquire<br>19 Court Plaza<br>White Plains, New York  10601 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 658 -- In re Italian Textiles Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Howard Gans | A-1, A-2 |
| ABC Corporation | A-1, A-2 |
| XYZ Corporation | A-1, A-2 |
| Global Woolen Corporation | A-2 |
| Scarboro Sportswear, Inc. | A-2 |