JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 29 1985

DOCKET NO. 658

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ITALIAN TEXILES LITIGATION

ORDER DENYING TRANSFER

This litigation consists of one action pending in the District of Connecticut and one action pending in the Southern District of New York. Presently before the Panel is a motion by Howard Gans, an individual named as defendant in both actions, for transfer under 28 U.S.C. §1407 of the New York action to the District of Connecticut for coordinated or consolidated pretrial proceedings with the action pending there. The five Italian corporations that are the plaintiffs in both actions have cross-moved to dismiss the motion and have requested the Panel to impose sanctions on movant on the grounds that he has abused 28 U.S.C. §1407 by filing his motion in this docket.

On the basis of the papers filed,[1/] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We note that only two actions, pending in adjacent districts, are involved here, and suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985). Moreover, each action involves essentially the same parties, a factor that increases the opportunities for streamlining this litigation through cooperative efforts by the parties and their counsel.

We are not persuaded that the circumstances surrounding the filing of the motion in this docket warrant the imposition of any sanctions against the Section 1407 movant.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that the motion for sanctions be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 282-84 (1981).

SCHEDULE A

MDL-658 -- In re Italian Textiles Litigation

### District of Connecticut

LE.MA. TEX S.N.C., et al. v. Howard Gans, et al., C.A. No. B-85-378-RCZ

### Southern District of New York

LE.MA. TEX S.N.C., et al. v. Howard Gans, et al., C.A. No. 85-Civ-5382-RWS